# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BAUER AND ASSOCIATES, INC.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SABRINA GIBSON HAWKINS, et al.<br><br>　　　　Defendant(s). | CASE NO.<br>2:18–cv–09887–DSF–MRW<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

　　　The Federal Rules of Civil Procedure require a plaintiff to serve process on the defendants within 90 days of the filing of the complaint. Fed. R. Civ. P. 4(m). The Court may extend this deadline for good cause. Id. More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for at least one defendant. Therefore, Plaintiff is ordered to show cause no later than May 28, 2019 why the unserved defendant(s) should not be dismissed for failure to prosecute. The filing of proof(s) of service showing that the relevant defendant(s) was/were served within the 90-day period or a showing of good cause for extending the service period constitute adequate responses to this order.

　　　IT IS SO ORDERED.

Date: May 7, 2019　　　　　　　　　　　　　　_/s/ *Dale S. Fischer*_
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1