# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BAUER AND ASSOCIATES, INC.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SABRINA GIBSON HAWKINS, et al.<br><br>　　　　Defendant(s). | CASE NO. 2:18–cv–09887–DSF–MRW<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

　　Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 11, 2019. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

　　IT IS SO ORDERED.

Date: October 9, 2019　　　　　　　　　　_/s/ *Dale S. Fischer*_
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge