# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BAUER & ASSOCIATES, INC., a California corporation<br>　　　　　　　Plaintiff<br>　　vs.<br>SABRINA GIBSON HAWKINS, an individual; SOCIAL SUCCESS PARTNERS, LLC, an Arizona Limited Liability Company, STRATEGIC MARKETING MANAGEMENT, LLC, an Arizona Limited Liability Company; WPENGINE, INC., a Delaware corporation and DOES 1 through 10, inclusive<br>　　　　　　　Defendants. | Case No. 2:18-cv-09887-DSF MRW<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: DISMISSAL** |

Having considered the Plaintiff's Response to the Order to Show Cause Re: Dismissal entered on October 9, 2019 ("the OSC"), and the Declaration of Plaintiff's Counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the OSC Re: Dismissal is hereby continued to January 6, 2020.

　　　IT IS SO ORDERED.

DATED: November 12, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE